## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**DATE:** MAY 18, 2005

| | |
|---|---|
| **JUDGE** LEONARD DAVIS | **REPORTER:** Shea Sloan<br>**LAW CLERK:** Andrea Houston, John Love |

| | |
|---|---|
| **ConnecTel, LLC**<br>    Plaintiff<br><br>vs.<br><br>**Cisco Systems, Inc.**<br>**Defendant** | **CIVIL ACTION NO:**  2:04-CV-396<br><br>**MOTION HEARING**<br>**(DKT #40)** |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Daniel Perez<br>Mark Calhoun<br>Julie Robertson<br>Garreth Sarosi<br>Brad Seidel | Adam Alper<br>Eric Lamison<br>Sam Baxter |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 10:32 am               **ADJOURN:** 11:18 am

| TIME: | MINUTES: |
|---|---|
| 10:32 am | Mr. Perez, Ms. Robertson, Mr. Calhoun, Mr. Sarosi & Mr. Seidel announced ready on behalf of the plaintiffs. Mr. Baxter, Mr. Lamison & Mr. Alper announced ready on behalf of defendants.. |
| 10:33 am | Court addressed the parties regarding Motion to Compel. |
| 10:33 am | Mr. Lamison presented Motion to Compel and Slide Presentation. |
| 10:57 am | Mr. Perez responded to Motion to Compel. |
| 11:10 am | Court addressed plaintiff's counsel and is sympathetic toward Defendant's motion. |
| 11:11 am | Mr. Lamison requested supplemental contentions within 30 days. Mr. Perez addressed the Court on exemplars. Court and parties discussed the claims at issue and Mr. Perez indicated claims would be narrowed down to about 50. Mr. Lamison requested order on supplementation as soon as source codes produced. Mr. Perez wants to see more than the current source codes – like the older source codes. Mr. Perez requested access to look at source codes. Mr. Perez requested 60 days. Court and parties discussed dates. Mr. Baxter addressed the Court regarding the Markman hearing. |

**FILED:    05/18/2005**

**DAVID J. MALAND, CLERK**

BY: *Rosa L. Ferguson*, Courtroom Deputy

PAGE 2  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 11:17 am | Court will enter order on the Motion and outlining dates. |
| 11:17 am | Court admonished both parties to talk and be candid. |
| 11:18 am | There being nothing further, Court adjourned. |