IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONNECTEL, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:04-CV-396-LED |
| v. | § | |
| | § | |
| CISCO SYSTEMS, INC. | § | JUDGE DAVIS |
| | § | |
| Defendant. | § | |
| | § | |

## CONNECTEL'S NOTICE OF COMPLIANCE

Plaintiff ConnecTel, LLC hereby notifies the Court of its compliance with Patent Rule 3-1 on July 16, 2005 pursuant to the Court's Docket Control Order dated May 20, 2005, and the Court's Memorandum Opinion and Order dated May 24, 2005.

Respectfully submitted,

_____
WINSTEAD SECHREST & MINICK P.C.
Daniel F. Perez
Texas Bar No. 15776380
Mark Alan Calhoun
Texas Bar No. 03641500
Sanford E. Warren, Jr.
Texas Bar No. 20888690
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2199
(214) 754-5400
(214) 745-5390 (fax)

POTTER MINTON, P.C.
E. Glenn Thames, Jr.
Texas Bar No. 00785087
PO Box 359
500 Plaza Tower
110 N. College
Tyler, Texas 75702
(903) 597-8311
(903) 593-0846 (fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of ConnecTel, LLC's Supplemental Disclosure of Asserted Claims and Preliminary Infringement Contentions (under Patent Rule 3-1) was served by Federal Express to Defendant's Counsel, Eric L. Lamison and Adam R. Alper, of Record on June 16, 2005, and this Notice of Compliance was forwarded by ECF to the following attorneys of record on this 19th day of July, 2005:

Sam F. Baxter, Esq.
McKool Smith, P.C.
505 East Travis Street, Suite 105
P.O. Box O
Marshall, Texas 75670

Eric R. Lamison, Esq.
Kirkland & Ellis, LLP
555 California Street
San Francisco, CA 94104

_____
Garreth A. Sarosi