**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | |
|---|---|
| CONNECTEL, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant | Civil Action No. 2-04CV-396<br><br>Hon. Leonard E. Davis |

**CISCO SYSTEMS, INC.'S ESTIMATES OF TIME
FOR JURY SELECTION AND TRIAL**

As requested by the Court's Order of July 12, 2006, Cisco Systems Inc.("Cisco") provides the following estimates of time that Cisco requests for these events at jury selection and trial:

1. Voir dire:  30 minutes

2. Opening Statements:  45 minutes

3. Direct and Cross Examinations:  15 hours

4. Closing Arguments:  45 minutes

Dated:  July 17, 2006

Respectfully submitted,

**McKOOL SMITH, P.C.**

By: /s/ Sam Baxter_____
    Samuel F. Baxter
    Lead Attorney for Defendant and
    Counterclaimant CISCO SYSTEMS, INC.
    State Bar No. 01938000
    505 East Travis Street, Suite 105
    P.O. Box O
    Marshall, Texas  75670
    Telephone:  (903) 927-2111
    Facsimile:   (903) 927-2622
    E-Mail:  Sbaxter@mckoolsmith.com

Attorneys for Defendant and Counterclaimant
CISCO SYSTEMS, INC.

Of Counsel:

John M. Desmarais (admitted *pro hac vice*)
jdesmarais@kirkland.com
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

Eric R. Lamison (admitted *pro hac vice*)
elamison@kirkland.com
Adam R. Alper (admitted *pro hac vice*)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 439-1400
Facsimile:   (415) 439-1500

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on counsel listed below via ECF or U.S. Mail on this 17th day of July, 2006.

                                  /s/ Sam Baxter_____
                                  Samuel F. Baxter

Daniel F. Perez
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Tel: (214) 969-2800
Fax: (214) 969-4343
Attorneys for Plaintiff CONNECTEL, LLC

Earl Glenn Thames, Jr.
Potter Minton
110 North College
500 Plaza Tower
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
Attorneys for Plaintiff CONNECTEL, LLC